UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ROBERT BENTLEY MARLOW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 3:12-cv-0646 |
| v. | ) | |
| | ) | Judge Sharp |
| THE TENNESEE SUPREME COURT, *et al*. | ) | Magistrate Judge Bryant |
| | ) | |
| Defendants. | ) | |

# ORDER

Pending before the Court is a Report and Recommendation ("R & R") of the Magistrate Judge, recommending that *Defendant National Conference of Bar Examiners' Motion to Dismiss Plaintiffs' [sic] Amended Complaint* and the *Motion to Dismiss Amended Complaint against Defendants Clark, Holder, Koch, Lee, Wade, Anderson, Miller, Bibb, McGinness, Jr., Moses, Wilkins, Gatrell, Rice, Copeland and Watts* (Docket Entry Nos. 39 and 41) be granted and the case be dismissed with prejudice. Plaintiff made a timely objection to the R & R. (Docket Entry No. 60).

Having thoroughly reviewed the record in this case and the applicable law in accordance with Rule 72(b), the Court will accept the R & R.

Accordingly, the Court hereby rules as follows:

(1) The Report and Recommendation (Docket Entry No. 56) is hereby ACCEPTED and APPROVED;

(2) *Defendant National Conference of Bar Examiners' Motion to Dismiss Plaintiffs' [sic] Amended Complaint* (Docket Entry No. 39) is hereby GRANTED;

1

(3) The *Motion to Dismiss Amended Complaint against Defendants Clark, Holder, Koch, Lee, Wade, Anderson, Miller, Bibb, McGinness, Jr., Moses, Wilkins, Gatrell, Rice, Copeland and Watts* (Docket Entry No. 41) is hereby GRANTED;

(4) The *Motion to Compel Disclosure of Information and to Provide Identification of Person(s) Providing Information to Defendants Related to Plaintiff's Character and Fitness* and the *Emergency Petition for Temporary Restraining Order against all Defendants and Motion to Compel Production and Inspection* (Docket Entry Nos. 67 and 68) are hereby DENIED as moot;

(5) This case is hereby DISMISSED WITH PREJUDICE; and

(6) Any appeal shall be certified under 28 U.S.C. § 1915(a) as taken in good faith.

The Clerk is directed to enter Judgment in a separate document in accordance with Federal Rule of Civil Procedure 58.

**It is SO ORDERED.**

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE